UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 28 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

PARNELL COLVIN,

    Petitioner,

v.

NATIONAL LABOR RELATIONS BOARD,

    Respondent.

No. 21-71422

NLRB No. 28-CB-221154
National Labor Relations Board

ORDER

Before: CANBY, BERZON, and BENNETT, Circuit Judges.

Respondent's motion to dismiss for lack of jurisdiction (Docket Entry No. 7) is granted. *See Int'l Ass'n of Machinists & Aerospace Workers*, 681 F.2d 598, 603 (9th Cir. 1982) ("[T]he General Counsel's prosecutorial decisions are not subject to review by the Board or by a court.").

All pending motions are denied as moot.

**DISMISSED.**

KWH/MOATT